IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMON J. SAPP,

    Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

No. C 13-04549 YGR (PR)

**JUDGMENT**

This action is DISMISSED because it is duplicative of Plaintiff's prior prisoner action in Case No. C 11-5120 PJH (PR). A judgment of dismissal is entered. Plaintiff shall take nothing by way of his complaint. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: April 11, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\CR.13\Sapp4549.jud.frm